TO
U.S. COURT OF APPEALS - THIRD CIRCUIT

U.S. DISTRICT COURT: **Pennsylvania Eastern dis** (District/state) **(Philadelphia** (Location)

U.S. TAX COURT [ ]
(Full Caption of District Court Case)

Circuit Court
Docket Number: _____

**Acosta et al**

vs.

**Democratic city Committee / et al**

District Court or
Tax Court
Docket Number: **217-CV-01462**

District Court or
Tax Court
Judge: **Joel H Slomsky**

Notice is hereby given that **by Orlando Antonio-acosta**
(NAMED PARTY)

appeals to the UNITED STATES COURT OF APPEALS for the THIRD CIRCUIT

from [ ] JUDGMENT [✓] ORDER

[ ] OTHER (specify): _____

**FILED
SEP 10 2018
By KATE BARKMAN, Clerk
____ Dep. Clerk**

entered in this action on **august 30, 2018**
(Date)

DATED: **9-10-2018**

**pro-se by Orlando Antonio-acosta**
Counsel for Appellant - signed

Counsel for Appellee

**by Orlando Antonio-acosta**
Named of Counsel - Typed or printed

Address

**5355 Belfield Avenue**
Address

**Philadelphia, Pa, 19144**

**(484) 358-3923**
Telephone Number or US Govt FTS

Telephone Number or US Govt FTS

Note: Use additional sheets if all appellants and/or all counsel for appellee cannot be listed on the Notice of Appeal Form

USCA APPEAL FORM (10/1/04)