

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

**Case Number:**     **183018**

**Case Name:**       **Acosta vs. the Democratic City Committee and AL**

### INFORMAL BRIEF

**DIRECTIONS:** *Answer the following questions about your appeal or petition for review to the best of your ability. Use additional sheets of paper if necessary. You need not limit your brief solely to this form, but you should be certain that any brief you file contains answers to the questions below. The Court prefers short and direct statements.*

**1. Jurisdiction:** What order(s) of the district court or agency are you appealing?
*The Third Circuit Court.*

What is the date of the order(s)?
*The final order of this case was issued on August 30th 2018, from the Eastern District Court of Pennsylvania.*

When did you file your notice of appeal or petition for review?
*I filed the notice of appeal on September 10, 2018. It, however, was not entered onto the docket until September 14, 2018.*

**2. Statement of the case:** Explain the proceedings in the district court or before the agency (i.e. what the district court or the agency did in deciding your case).

*On September 14, 2017, an evidential hearing was before the honorable Judge Joe H. Slomsky. He instructed everyone, at that time, to prepare briefs pertaining to the special election that was at issue in his courtroom.*

**3. Statement of facts:** Explain the facts and events that led to the complaint in the district court or the action before the agency.

*In the 2016 election, I, Orlando Acosta, ran as a write-in candidate for the position of State Representative for the 197 District. The State Representative at that time was Leslie Acosta (no relation). She was the incumbent and she was backed by the Democratic Party. In September of 2016, it was reported by the Enquirer that State Representative Leslie Acosta had pleaded guilty to one count of money laundering and one count of embezzlement. Yet, the Democratic Party and the Democratic City Committee endorsed her knowing she was a convicted felon for the upcoming fall election. Once a person is convicted of committing a felony crime they are NOT permitted to run for public office in the Commonwealth of Pennsylvania. Both the Democratic Party and the Democratic City Committee gave their endorsement for her campaign. She violated state constitutional law section 7 in eligibility  by criminal convictions being a convicted felon attempting to run for public office. I had write-in votes that were never recognized as valid. I challenged the election in state court. The state court upheld the election results even though the state election board and the Democratic City Committee along with the Bureau of Elections knew they were breaking the law. I should have been declared the winner of the 2016 state representative race for the 197 District.  Rather than acknowledging my votes, an unnecessary special election was called.*

*March 21, 2017 the special election was held. I ran, again, as a write-in candidate. Lucinda Little, Republican candidate, was the only candidate to make the ballot. All other candidates were write-ins including Emilio Vasquez who was the democratic endorsed candidate. Mr. Vasquez was seen in a photo holding a sign that stated he was the only Democratic candidate on the ballot. He posted this on social media. This statement was false with the intent to mislead the voters. This is a violation  of section  13 43  wire fraud under  the RICO Act . The federal RICO Act section 1028 and 1029 and state law violation that Mr. Vasquez committed included 25 p.s.3551 disqualifying him from holding office which he "won" as a result of the special election. There were so many violations and "irregularities" with this election, the State Attorney General's Office opened an investigation. As a result of that investigation, four (4) election workers were found guilty and one of them was a judge of Elections!*

**4. Statement of related cases:** Have you filed an appeal of petition for review in this case before? If so, give title of case and docket number.
*N/A*

Do you have any cases related to this case pending in the district court, in the court of appeals or before the agency? If so give title of case and docket number.
*No*

5. Did the district court or the agency incorrectly decide the facts of your case?___ If so, what facts?

*The case was first filed on March 31, 2017 with the Eastern District Court. One of the first questions on the paperwork was, do you want a jury trial? I communicated "yes" to that question and was not granted one. I'm concerned that my constitutional rights as expressed in the 7th and 14th Amendments governing my due process were violated.*

*Rule 4. Summons, federal rules of civil procedures. An IFP was granted for this case. All defendants should have been served by the United States Marshals. All were served with the exception of one defendant, the Committee of Seventy. The Committee of Seventy was never issued a summons. It was their responsibility to oversee elections ensure with integrity the fairness and honesty of elections. This entire case is a violation under rule 4 governing federal civil procedures.*

*P.S.3551 states that candidates are disqualified from holding office when they commit such acts. USC Title 18-4, while this is a civil case, there were criminal elements committed by the defendant. The judge should have reached out to the prosecutors office regarding this case. I requested the that the judge convene a grand jury. The State Attorney General was already investigating this election and criminal charges were brought against four defendants for tampering with votes during the special election.*

*The defense attorneys, Adam Bonin, perjured himself during the case when he stated (on page 34 of the transcript dated September 14, 2017 in the district court) "federal courts should not tinker with state election machinery." Section 2 of article 3 of the United States Constitution gives the federal courts jurisdiction over state issues concerning elections. Mr. Bonin, who is an officer of the court, inaccurate statement about federal courts should have had him removed from the case. The judge, who is also an officer of the court, ignored the comment by Mr. Bonin and did not follow procedure as a judge. He should have removed him as attorneys can neither lie nor misrepresent under oath.*

6.  Did the district court or the agency apply the wrong law (either cases or statue)?_____
    If so, what law do you want applied?

*judge slomski applied the 11  Amendment  Immunity Clause of the United States Constitution but  this law does not apply to Pennsylvania because Pennsylvania never legally ratified the 11th Amendment for the State of Pennsylvania.*

7.  Are there any other reasons why the district court's judgment or the agency's decision was wrong? *Yes*
    If so, briefly state these reasons.

*There are three foundational documents that the judge did not follow that are the foundational things that the judge did not follow in this case:*
  1.  *the United States Constitution 1789*
  2.  *The Constitution of the Republic 1781*
  3.  *And the foundation of the judicial system and bedrock of our legal system the World International Association of Judges*

8.  What action do you want the Court of Appeals to take in this case?
    *I would like a trial for this case and have it heard by a jury of my peers.*

by *Orlandy A. Clot*
                                   Signatures

The entire district court record is available for the court's review. You must attach copies of the district court docket entries, the opinion and order appealed, and the notice of appeal. You may, but are required to, attach any documents filed in the district court that you think the court of appeals must see in order to decide your appeal. Documents not admitted in the district court may not be submitted to the court of appeals without permission of the court.

IMPORTANT: IF YOU ARE PROCEEDING IN FORMA PAUPPERIS, YOU MUST FILE AN ORIGINAL AND THREE (3) COPIES OF THIS BRIEF AND ANY ATTACHMENTS WITH THE CLERK. IF YOU HAVE PAID THE DOCKETING FEE, YOU MUST FILE AN ORIGINAL AND TEN (10) COPIES OF THIS BRIEF AND ANY ATTACHMENTS WITH THE CLERK. A COPY OF THIS BRIEF AND ANY ATTACHMENTS MUST ALSO TO ALL OPPOSING PARTIES. YOU MUST CERTIFY ON THE ATTACHED PROOF OF SERVICE THAT A COPY OF THIS BRIEF AND ANY ATTACHMENTS WERE SENT TO ALL OPPOSING PARTIES.

*One of the defendants, Leslie Acosta, was in default in this case. She did not answer an affidavit that was filed with the court. The judge said that she did not have to answer. We know that not answering is an affirmation of truth of the facts.*

*When the judge in this case wrote his final opinion, he wrote that this case was denied. That is not true. When I first filed this case on March 31, 2017, the case was accepted by the Eastern District Court of Pennsylvania. Judge Diamond was the original assigned judge on this case. The case was reassigned to Judge Joel H. Slomski. I am at a lost understanding why Judge Slomski would make such a statement. He never applied the strict scrutiny standard that this case demands depriving me of my fundamental rights of liberty.*

*In the Supreme Court case of Matthews vs. Eldridge, the case was about disabilities benefits. The case was able to point out the fundamental right of due process and the fundamental protections under the due process clause the very thing that I want the Third Circuit Court to consider. Under the 14th Amendment of the United States Constitution and not deprive someone of their civil liberties.*

# PROOF OF SERVICE

I certify that on _____ (date) I mailed a copy of this brief and all attachments via first class mail to the following parties at the addresses listed below:

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on _____ (date) for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

_____
Signature

Dated:_____

OFFICE OF THE CLERK

**PATRICIA S.
DODSZUWEIT**

**CLERK**

**UNITED STATES COURT OF APPEALS**
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

September 14, 2018

*ECF
DOCUMENT*

I hereby attest and certify that this is a printed copy of a
document which was electronically filed with the United States
District Court for the Eastern District of Pennsylvania.

Date Filed: _____ 11/26/2018 _____
Kate Barkman, Clerk

By: _____ Deputy Clerk

Orlando A. Acosta
5555 Belfield Avenue
Philadelphia, PA 19144

RE: Orlando Acosta, et al v. Democratic City Committee, et al
Case Number: 18-3018
District Court Case Number: 2-17-cv-01462

**PACER account holders are required to promptly inform the PACER Service
Center of any contact information changes. In order to not delay providing
notice to attorneys or pro se public filers, your information, including address,
phone number and/or email address, may have been updated in the Third
Circuit database. Changes at the local level will not be reflected at PACER.
Public filers are encouraged to review their information on file with PACER and
update if necessary.**

To All Parties:

Enclosed is case opening information regarding the above-captioned appeal filed by **Orlando A.
Acosta**, docketed at No.**18-3018**. All inquiries should be directed to your Case Manager in
writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case
information are available on our website at http://www.ca3.uscourts.gov.

**On December 1, 2009, the Federal Rules of Appellate and Civil Procedure were amended
modifying deadlines and calculation of time. In particular those motions which will toll the
time for filing a notice of appeal under Fed.R.App.P. 4(a)(4), other than a motion for
attorney's fees under Fed.R.Civ.P. 54, will be considered timely if filed no later than 28
days after the entry of judgment. Should a party file one of the motions listed in
Fed.R.App.P 4(a)(4) after a notice of appeal has been filed, that party must immediately**

TO
U.S. COURT OF APPEALS - THIRD CIRCUIT

U.S. DISTRICT COURT: _Pennsylvania Eastern dis (Philadelphia_

(District/state)                          (Location)

U.S. TAX COURT [ ]                        Circuit Court
(Full Caption of District Court Case)      Docket Number: _____

_Acosta etaL_                             District Court or
                                          Tax Court
vs.                                       Docket Number: _217-CV-01462_

_Democratic city_                         District Court or
_Committee/etaL_                          Tax Court
                                          Judge      : _Joel H Slomsky_

Notice is hereby given that _by Orlando Antonio-acosta_ .
                              (NAMED PARTY)

appeals to the UNITED STATES COURT OF APPEALS for the THIRD CIRCUIT

from [ ] JUDGMENT              [√] ORDER

                                                      FILED
                                                   SEP 10 2018
[ ] OTHER (specify): _____                By___KATE BARKMAN, Clerk
                                                            Dep. Clerk

entered in this action on _august 30, 2018_
                              (Date)

DATED: _9-10-2018_

_pro-se by orlando Antonio acosta_                    ECF
Counsel for Appellant -signed       Counsel for Appellee    DOCUMENT

_by orlando Antonio-acosta_          I hereby attest and certify that this is a printed copy of a
Named of Counsel- Typed or printed   document which was electronically filed with the United States
                                     District Court for the Eastern District of Pennsylvania.
_5355 Belfield Avenue_
Address                              Date Filed: _11/26/2018_
                                     Kate Barkman, Clerk
_Philadelphia, PA, 19144_
                                     By: _____ Deputy Clerk
_(484) 358-3923_
Telephone Number or US Govt FTS      Telephone Number or US Govt FTS.

Note: Use additional sheets if all appellants and/or all counsel for appellee cannot be listed on the Notice of Appeal Form

USCA APPEAL FORM (10/1/04)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ORLANDO A. ACOSTA, et al.,

Plaintiffs,

v.

DEMOCRATIC CITY COMMITTEE, et al.

Defendants.

CIVIL ACTION
NO. 17-1462

## ORDER

**AND NOW**, this 30th day of August 2018, upon consideration of the Third Amended

Complaint of Plaintiff Orlando A. Acosta (Doc. No. 91) joined by Plaintiff Edward Lloyd (Doc.

No. 103); Defendants' Motions to Dismiss (Doc. Nos. 105-110); Plaintiff Acosta's supplemental

filings (Doc. Nos. 111-113, 115-117, 119-122, 124); Plaintiff Acosta's Motion for Default (Doc.

No. 114); Plaintiff Lloyd's Statement of Truth (Doc. No. 118); and Plaintiff Acosta's Motion for

Default Judgment (Doc. No. 123), and in accordance with the Court's January 23, 2018 Opinion

and the Opinion issued by the Court on this day, it is **ORDERED** as follows:

1. Defendants' Motions to Dismiss (Doc. Nos. 105-110) are **GRANTED.**

2. Plaintiff Acosta's Motion for Default (Doc. No. 114) is **DENIED.**

3. Plaintiff Acosta's Motion for Default Judgment (Doc. No. 123) is **DENIED.**

4. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

*/s/ Joel H. Slomsky*
JOEL H. SLOMSKY, J.

*ECF*
*DOCUMENT*

I hereby attest and certify that this is a printed copy of a
document which was electronically filed with the United States
District Court for the Eastern District of Pennsylvania.

Date Filed: _____ 11/26/2018 _____
Kate Barkman, Clerk

_____ Deputy Clerk

CLOSED,APPEAL,LEAD,SPECIAL

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:17-cv-01462-JHS
# Internal Use Only

ACOSTA et al v. DEMOCRATIC CITY COMMITTEE et al
Assigned to: HONORABLE JOEL H. SLOMSKY
related Case: 2:17-cv-01562-JHS
Case in other court: USCA, 18-03018
Cause: 42:1983 Civil Rights Act

Date Filed: 03/31/2017
Date Terminated: 08/30/2018
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**ORLANDO A. ACOSTA**
*WRITE IN CANDIDATE*
*REPUBLICAN*

represented by **ORLANDO A. ACOSTA**
5355 BELFIELD AVENUE
PHILADELPHIA, PA 19144
267-414-8774
Email: orlandoacosta979@gmail.com
PRO SE

**Plaintiff**

**EDWARD LLOYD**
*WRITE IN CANDIDATE DEMOCRAT*

represented by **EDWARD LLOYD**
222 E. MENTOR STREET
PHILADEPHIA, PA 19120
215-900-9086
Email: edlloyd4thepeople@yahoo.com
PRO SE

**MATTHEW B. WEISBERG**
WEISBERG LAW PC
7 SOUTH MORTON AVE
MORTON, PA 19070
610-690-0801
Fax: 610-690-0880
Email:
mweisberg@weisberglawoffices.com
*TERMINATED: 03/05/2018*
*LEAD ATTORNEY*

**BRIAN R. MILDENBERG**
MILDENBERG LAW FIRM PC
1735 MARKET ST SUITE 3750
PHILADELPHIA, PA 19103
215-545-4870

*ECF*
*DOCUMENT*
I hereby attest and certify that this is a printed copy of a
document which was electronically filed with the United States
District Court for the Eastern District of Pennsylvania.
Date Filed: 11/26/2018
Kate Barkman, Clerk
By: _____ Deputy Clerk

Email: brian@mildenberglaw.com
*TERMINATED: 03/06/2018*

V.

**Defendant**

**DEMOCRATIC CITY**
**COMMITTEE**

represented by **MARNI JO SNYDER**
LAW OFFICES OF M.J. SNYDER
LLC
100 S. BROAD ST SUITE 1910
PHILADELPHIA, PA 19110
215-515-3360
Fax: 215-376-6981
Email: marni@snyderlawyer.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**EMILIO VAZQUEZ**
*WARDLEADER//CANDIDATE*

represented by **ADAM C. BONIN**
THE LAW OFFICE OF ADAM C.
BONIN
121 South Broad Street
Suite 400
PHILADELPHIA, PA 19107
267-242-5014
Fax: 215-701-2321
Email: adam@boninlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CARLOS MATOS**
*WARDLEADER*

represented by **ANTHONY GEORGE**
**KYRIAKAKIS**
DILWORTH PAXSON LLP
1500 MARKET ST SUITE 3500E
PHILADELPHIA, PA 19102
215-575-7149
Fax: 215-575-7200
Email: akyriakakis@dilworthlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ELAINE TOMLIN**
*WARDLEADER*

represented by **ANTHONY GEORGE**
**KYRIAKAKIS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JEWELL WILLIAMS**                    represented by   **ANTHONY GEORGE**
*WARDLEADER*                                           **KYRIAKAKIS**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**DWANE LILLES**                       represented by   **ANTHONY GEORGE**
*WARDLEADER*                                           **KYRIAKAKIS**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**SHIRLEY GREGORY**                    represented by   **ANTHONY GEORGE**
*WARDLEADER*                                           **KYRIAKAKIS**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**EL-AMOR BROWNE ALI**                 represented by   **ANTHONY GEORGE**
*WARDLEADER*                                           **KYRIAKAKIS**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**LESLIE ACOSTA**
*FORMER STATE REP.*

**Defendant**

**MIKE TURZAI**                        represented by   **KARL S. MYERS**
*STATE REP. SPEAKER OF THE*                            STRADLEY, RONON, STEVENS &
*HOUSE*                                                 YOUNG, LLP
                                                       2600 ONE COMMERCE SQUARE
                                                       PHILADELPHIA, PA 19103-7098
                                                       215-564-8193
                                                       Fax: 215-564-8120
                                                       Email: kmyers@stradley.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**PHILADELPHIA CITY**                  represented by   **BENJAMIN H. FIELD**
**COMMISSIONERS & COUNTY OF**                          City of Philadelphia Law Department
**PHILA BOARD OF ELECTIONS**                           Deputy City Solicitor

1515 Arch Street
17th Floor
PHILADELPHIA, PA 19102
215-683-5024
Fax: 215-683-5397
Email: benjamin.field@phila.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**PENNSYLVANIA DEPT. OF STATE - BUREAU OF ELECTIONS**                represented by   **KATHLEEN MARIE KOTULA**
PENNSYLVANIA DEPT OF STATE
OFFICE OF CHIEF COUNSEL
306 NORTH OFFICE BUILDING
401 NORTH STREET
HARRISBURG, PA 17120-0500
717-783-1657
Email: kkotula@pa.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**TIMOTHY E. GATES**
PA DEPARTMENT OF STATE
OFFICE OF CHIEF COUNSEL
306 NORTH OFFICE BUILDING
HARRISBURG, PA 17120
717-783-0736
Email: tgates@pa.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**PEDRO A. CORTES**                represented by   **KATHLEEN MARIE KOTULA**
*SECRETARY OF THE*                                  (See above for address)
*COMMONWEALTH*                                      *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**TIMOTHY E. GATES**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**DEPARTMENT OF STATE, BUREAU OF COMMISSIONS, ELECTIONS AND LEGISLATION**                represented by   **KATHLEEN MARIE KOTULA**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**TIMOTHY E. GATES**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Movant</u>

**ANTHONY CLARK**          represented by   **BENJAMIN H. FIELD**
*CITY COMMISSIONER*                         (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

<u>Movant</u>

**AL SCHMIDT**             represented by   **BENJAMIN H. FIELD**
*CITY COMMISSIONER*                         (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

<u>Movant</u>

**LISA DEELEY**            represented by   **BENJAMIN H. FIELD**
*CITY COMMISSIONER*                         (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/31/2017 | 1 | APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS by ORLANDO A. ACOSTA. (Attachments: # 1 Complaint, # 2 Exhibit, # 3 Emergency Petition Hearing, # 4 Civil Cover Sheet)(rt) (Entered: 03/31/2017) |
| 03/31/2017 | 2 | APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS by EDWARD LLOYD. (Attachments: # 1 Complaint, # 2 Exhibit, # 3 Emergency Petition Hearing, # 4 Civil Cover Sheet)(rt) (Entered: 03/31/2017) |
| 03/31/2017 | 🔒 | (Court only) ***Set Flag Special Case Management Track (rt) (Entered: 03/31/2017) |
| 03/31/2017 | 3 | ORDER THAT PLAINTIFF IS GRANTED LEAVE TO PROCEED IN FORMA PAUPERIS. THE COMPLAINT IS TO BE FILED AND SUMMONS ARE TO BE ISSUED. THE UNITED STATES MARSHALL FOR THE E.D.P.A. SHALL SERVE THE SUMMONS AND COMPLAINT UPON THE DEFENDANTS AT NO COST TO THE PLAINTIFF.. SIGNED BY HONORABLE PAUL S. DIAMOND ON 3/31/2017. 3/31/2017 ENTERED AND COPIES GIVEN TO PRO SE PLAINTIFFS OVER THE COUNTER.(sg, ) (Entered: 03/31/2017) |
| 03/31/2017 | 4 | |

| | | ORDER THAT PLAINTIFFS' MOTION FOR AN EMERGENCY PETITION HEARING (DOC. NO. 2-3) IS HEREBY ORDERED THAT THE MOTION IS DENIED WITHOUT PREJUDICE. SIGNED BY HONORABLE PAUL S. DIAMOND ON 3/31/2017. 3/31/2017 ENTERED AND COPIES GIVEN TO PRO SE PLAINTIFFS OVER THE COUNTER.(sg, ) (Entered: 03/31/2017) |
|---|---|---|
| 03/31/2017 | 5 | COMPLAINT against LESLIE ACOSTA, EL-AMOR BROWNE ALI, DEMOCRATIC CITY COMMITTEE, SHIRLEY GREGORY, DWANE LILLES, CARLOS MATOS, ELAINE TOMLIN, EMILIO VAZQUEZ, JEWELL WILLIAMS, ELAINE TOMLIN filed by EDWARD LLOYD, ORLANDO A. ACOSTA. JURY DEMAND. IFP GRANTED. (va, ) Modified on 4/3/2017 (va, ). (Entered: 04/03/2017) |
| 03/31/2017 | 6 | MOTION FOR EMERGENCY PETITION HEARING, filed by ORLANDO A. ACOSTA, EDWARD LLOYD..(va, ) (Entered: 04/03/2017) |
| 03/31/2017 | 🔒 | (Court only) ***Motions terminated: 6 MOTION filed by ORLANDO A. ACOSTA, EDWARD LLOYD. (va, ) (Entered: 04/03/2017) |
| 03/31/2017 | 7 | EXHIBIT by ORLANDO A. ACOSTA, EDWARD LLOYD.. (va, ) (Entered: 04/03/2017) |
| 03/31/2017 | | 9 Summonses and Copies of Complaint Issued as to LESLIE ACOSTA, EL-AMOR BROWNE ALI, DEMOCRATIC CITY COMMITTEE, SHIRLEY GREGORY, DWANE LILLES, CARLOS MATOS, ELAINE TOMLIN, EMILIO VAZQUEZ, JEWELL WILLIAMS. 9 Forwarded To: US MARSHALS on 4/3/17. (va, ) (Entered: 04/03/2017) |
| 03/31/2017 | | DEMAND for Trial by Jury by ORLANDO A. ACOSTA, EDWARD LLOYD. (md) (Entered: 04/04/2017) |
| 04/03/2017 | 8 | Plaintiffs Statement/Brief, by ORLANDO A. ACOSTA, EDWARD LLOYD. Exhibits. (va, ) (Entered: 04/04/2017) |
| 04/04/2017 | 9 | AMENDED COMPLAINT against LESLIE ACOSTA, EL-AMOR BROWNE ALI, DEMOCRATIC CITY COMMITTEE, SHIRLEY GREGORY, DWANE LILLES, CARLOS MATOS, PENNSYLVANIA DEPT. OF STATE - BUREAU OF ELECTIONS, PHILADELPHIA CITY COMMISSIONERS & COUNTY OF PHILA BOARD OF ELECTIONS, ELAINE TOMLIN, MIKE TURZAI, EMILIO VAZQUEZ, JEWELL WILLIAMS, filed by EDWARD LLOYD, ORLANDO A. ACOSTA. Jury Demand. (va, ) (Entered: 04/04/2017) |
| 04/04/2017 | 10 | MOTION FOR HEARING WITH RESPECT TO A STAY OF SWEARING IN OF WRITE-IN CANDIDATE EMILIO VAZQUEZ, filed by ORLANDO A. ACOSTA, EDWARD LLOYD. (va, ) (Entered: 04/04/2017) |
| 04/04/2017 | | 12 Summonses and Copies of Amended Complaint Issued as to LESLIE ACOSTA, EL-AMOR BROWNE ALI, DEMOCRATIC CITY COMMITTEE, SHIRLEY GREGORY, DWANE LILLES, CARLOS |

| | | |
|---|---|---|
| | | MATOS, PENNSYLVANIA DEPT. OF STATE - BUREAU OF ELECTIONS, PHILADELPHIA CITY COMMISSIONERS & COUNTY OF PHILA BOARD OF ELECTIONS, ELAINE TOMLIN, MIKE TURZAI, EMILIO VAZQUEZ, JEWELL WILLIAMS. 12 Forwarded To: US MARSHALS on 4/4/17. (va, ) (Entered: 04/04/2017) |
| 04/10/2017 | 11 | SECOND AMENDED COMPLAINT FOR DECLARATION AND INJUNCTION RELIEF OR STAY, against All Defendants., filed by EDWARD LLOYD, ORLANDO A. ACOSTA. (va, ) (Entered: 04/11/2017) |
| 04/11/2017 | 12 | Case Management Track Designation Form and Civil Cover Sheet for Amended Complaint. (va, ) (Entered: 04/11/2017) |
| 05/30/2017 | 13 | APPLICATION for Admission Pro Hac Vice of Kathleen M. Kotula by PENNSYLVANIA DEPT. OF STATE - BUREAU OF ELECTIONS, PEDRO A. CORTES, DEPARTMENT OF STATE, BUREAU OF COMMISSIONS, ELECTIONS AND LEGISLATION. ( Filing fee $ 40 receipt number 0313-12097370.). (GATES, TIMOTHY) Modified on 6/1/2017 (md). (Entered: 05/30/2017) |
| 05/31/2017 | 14 | NOTICE of Appearance by TIMOTHY E. GATES on behalf of PENNSYLVANIA DEPT. OF STATE - BUREAU OF ELECTIONS, PEDRO A. CORTES, DEPARTMENT OF STATE, BUREAU OF COMMISSIONS, ELECTIONS AND LEGISLATION. (GATES, TIMOTHY) Modified on 6/1/2017 (md). (Entered: 05/31/2017) |
| 05/31/2017 | 15 | MOTION for Extension of Time to File Response/Reply filed by PENNSYLVANIA DEPT. OF STATE - BUREAU OF ELECTIONS, PEDRO A. CORTES, DEPARTMENT OF STATE, BUREAU OF COMMISSIONS, ELECTIONS AND LEGISLATION, Certificate of Service.(GATES, TIMOTHY) Modified on 6/1/2017 (md). (Entered: 05/31/2017) |
| 05/31/2017 | 16 | CERTIFICATE OF SERVICE by PENNSYLVANIA DEPT. OF STATE - BUREAU OF ELECTIONS, PEDRO A. CORTES, DEPARTMENT OF STATE, BUREAU OF COMMISSIONS, ELECTIONS AND LEGISLATION. (GATES, TIMOTHY) Modified on 6/1/2017 (md). (Entered: 05/31/2017) |
| 05/31/2017 | 17 | ORDER GRANTING PRO HAC VICE ADMISSION TO KATHLEEN M. KOTULA. SIGNED BY HONORABLE JOEL H. SLOMSKY ON 5/31/17. 6/1/17 ENTERED AND COPIES E-MAILED, MAILED TO UNREPS AND PRO SE PLAINTIFFS. (va, ) Modified on 6/8/2017 (va, ). (Entered: 06/01/2017) |
| 05/31/2017 | 18 | Minute Entry for proceedings held before MAGISTRATE JUDGE LINDA K. CARACAPPA. Settlement Conference held by telephone on 5/31/17. (va, ) (FILED IN ERROR; RE-FILED IN CASE NUMBER 15-6872) Modified on 6/2/2017 (nd, ). (Main Document 18 replaced on 7/6/2017) (lvj, ). (Entered: 06/01/2017) |
| 06/02/2017 | 19 | |

|  |  | NOTICE of Appearance by ADAM C. BONIN on behalf of EMILIO VAZQUEZ. (BONIN, ADAM) Modified on 6/5/2017 (md). (Entered: 06/02/2017) |
|---|---|---|
| 06/02/2017 | 20 | MOTION for Extension of Time to File *Response to Plaintiffs' Amended Complaint* filed by EMILIO VAZQUEZ.Brief and Certificate of Service. (BONIN, ADAM) (Entered: 06/02/2017) |
| 06/02/2017 | 21 | NOTICE of Appearance by KARL S. MYERS on behalf of MIKE TURZAI with Certificate of Service(MYERS, KARL) Modified on 6/5/2017 (md). (Entered: 06/02/2017) |
| 06/02/2017 | 22 | NOTICE of Appearance by MARNI JO SNYDER on behalf of DEMOCRATIC CITY COMMITTEE (SNYDER, MARNI) (Entered: 06/02/2017) |
| 06/02/2017 | 23 | First MOTION for Extension of Time to File Response/Reply filed by DEMOCRATIC CITY COMMITTEE.Certificate of Service.(SNYDER, MARNI) (Entered: 06/02/2017) |
| 06/02/2017 | 24 | NOTICE of Appearance by BENJAMIN H. FIELD on behalf of ANTHONY CLARK, AL SCHMIDT, LISA DEELEY, PHILADELPHIA CITY COMMISSIONERS & COUNTY OF PHILA BOARD OF ELECTIONS with Certificate of Service(FIELD, BENJAMIN) Modified on 6/5/2017 (md). (Entered: 06/02/2017) |
| 06/02/2017 | 25 | First MOTION for Extension of Time to File Answer or Otherwise Respond filed by ANTHONY CLARK, AL SCHMIDT, LISA DEELEY, PHILADELPHIA CITY COMMISSIONERS & COUNTY OF PHILA BOARD OF ELECTIONS with Memorandum and Certificate of Service. (FIELD, BENJAMIN) Modified on 6/5/2017 (md). (Entered: 06/02/2017) |
| 06/02/2017 | 26 | Plaintiffs Answer to Defendant's 15 Request for Extended Time, filed by ORLANDO A. ACOSTA, EDWARD LLOYD. Exhibits. (va, ) (Entered: 06/05/2017) |
| 06/05/2017 | 27 | ORDER GRANTING 15 MOTION OF PEDRO A. CORTES AND DEPARTMENT OF STATE, BUREAU OF COMMISSIONS, ELECTIONS AND LEGISLATION FOR EXTENSION OF TIME TO FILE ANSWER BY 6/19/17. SIGNED BY HONORABLE JOEL H. SLOMSKY ON 6/5/17. 6/5/17 ENTERED AND COPIES E-MAILED. 6/6/17 UNREPS AND PRO SE PLAINTIFFS MAILED. (va, ) Modified on 6/8/2017 (va, ). (Entered: 06/05/2017) |
| 06/05/2017 | 28 | ORDER GRANTING 20 MOTION OF EMILIO VAZQUEZ TO ANSWER BY 6/23/2017. SIGNED BY HONORABLE JOEL H. SLOMSKY ON 6/5/17. 6/5/17 ENTERED AND COPIES E-MAILED. 6/6/17 UNREPS AND PRO SE PLAINTIFFS MAILED. (va, ) Modified on 6/8/2017 (va, ). (Entered: 06/05/2017) |
| 06/05/2017 | 29 | ORDER GRANTING 23 MOTION OF DEMOCRATIC CITY COMMITTEE TO ANSWER BY 6/5/2017. SIGNED BY HONORABLE JOEL H. SLOMSKY ON 6/5/17. 6/5/17 ENTERED |

| | | |
|---|---|---|
| | | AND COPIES E-MAILED. 6/6/17 UNREPS AND PRO SE PLAINTIFFS MAILED. (va, ) Modified on 6/8/2017 (va, ). (Entered: 06/05/2017) |
| 06/05/2017 | 30 | ORDER GRANTING 25 MOTION FOR ANTHONY CLARK, LISA DEELEY, PHILADELPHIA CITY COMMISSIONERS & COUNTY OF PHILA BOARD OF ELECTIONS, AND AL SCHMIDT TO ANSWER BY 6/19/2017. SIGNED BY HONORABLE JOEL H. SLOMSKY ON 6/5/17. 6/5/17 ENTERED AND COPIES E-MAILED. 6/6/17 UNREPS AND PRO SE PLAINTIFFS MAILED. (va, ) Modified on 6/8/2017 (va, ). (Entered: 06/05/2017) |
| 06/05/2017 | 🔒 | (Court only) ***Motions terminated: 25 First MOTION for Extension of Time to File Answer *or Otherwise Respond* filed by PHILADELPHIA CITY COMMISSIONERS & COUNTY OF PHILA BOARD OF ELECTIONS, AL SCHMIDT, ANTHONY CLARK, LISA DEELEY, 23 First MOTION for Extension of Time to File Response/Reply filed by DEMOCRATIC CITY COMMITTEE, 20 MOTION for Extension of Time to File *Response to Plaintiffs' Amended Complaint* filed by EMILIO VAZQUEZ., ***Deadlines terminated. (va, ) (Entered: 06/05/2017) |
| 06/13/2017 | 31 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by MIKE TURZAI.Memorandum, Proposed Order, Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Memorandum, # 3 Certificate of Service)(MYERS, KARL) (Entered: 06/13/2017) |
| 06/19/2017 | 32 | MOTION to Dismiss filed by PEDRO A. CORTES, DEPARTMENT OF STATE, BUREAU OF COMMISSIONS, ELECTIONS AND LEGISLATION.Brief in Support of Motion to Dismiss, Certificate of Service.(GATES, TIMOTHY) (Entered: 06/19/2017) |
| 06/19/2017 | 33 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by ANTHONY CLARK, LISA DEELEY, PHILADELPHIA CITY COMMISSIONERS & COUNTY OF PHILA BOARD OF ELECTIONS, AL SCHMIDT.Memorandum of Law and Certificate of Service. (Attachments: # 1 Certificate of Service)(FIELD, BENJAMIN) (Entered: 06/19/2017) |
| 06/19/2017 | | Copy of Order dated 5/31/17 and envelope returned from the U.S. Postal Service addressed to CARLOS MATOS for the following reason: NOT DELIVERABLE AS ADDRESSED. (va, ) (Entered: 06/20/2017) |
| 06/20/2017 | | Copy of Order dated 6/5/17 and envelope returned from the U.S. Postal Service addressed to CARLOS MATOS for the following reason: NOT DELIVERABLE AS ADDRESSED. (va, ) (Entered: 06/21/2017) |
| 06/22/2017 | 34 | SUMMONS Returned Executed by EDWARD LLOYD re: USMS served Summons and Complaint upon LESLIE ACOSTA, DEMOCRATIC CITY COMMITTEE, DEPARTMENT OF STATE, BUREAU OF COMMISSIONS, ELECTIONS AND LEGISLATION, PHILADELPHIA CITY COMMISSIONERS & COUNTY OF PHILA |

| | | BOARD OF ELECTIONS, ELAINE TOMLIN, MIKE TURZAI, EMILIO VAZQUEZ by Personal Service. LESLIE ACOSTA served on 5/19/2017, answer due 6/9/2017; DEMOCRATIC CITY COMMITTEE served on 5/19/2017, answer due 6/9/2017; DEPARTMENT OF STATE, BUREAU OF COMMISSIONS, ELECTIONS AND LEGISLATION served on 5/16/2017, answer due 6/6/2017; PHILADELPHIA CITY COMMISSIONERS & COUNTY OF PHILA BOARD OF ELECTIONS served on 5/19/2017, answer due 6/9/2017; ELAINE TOMLIN served on 5/19/2017, answer due 6/9/2017; MIKE TURZAI served on 5/23/2017, answer due 6/13/2017; EMILIO VAZQUEZ served on 5/13/2017, answer due 6/5/2017. (gs, ) (Entered: 06/22/2017) |
|---|---|---|
| 06/22/2017 | 35 | Summons Returned Unexecuted by ORLANDO A. ACOSTA as to EL-AMOR BROWNE ALI, SHIRLEY GREGORY, DWANE LILLES, CARLOS MATOS, JEWELL WILLIAMS. (gs) (Entered: 06/22/2017) |
| 06/22/2017 | 36 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by EMILIO VAZQUEZ.Memorandum of Law, Certificate of Service. (Attachments: # 1 Memorandum of Law)(BONIN, ADAM) (Entered: 06/22/2017) |
| 06/22/2017 | 37 | Amended MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by EMILIO VAZQUEZ.Memorandum of Law, Certificate of Service. (Attachments: # 1 Memorandum of Law)(BONIN, ADAM) (Entered: 06/22/2017) |
| 06/23/2017 | 38 | MOTION to Dismiss , MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , MOTION to Dismiss for Lack of Jurisdiction filed by DEMOCRATIC CITY COMMITTEE.Motion, Memorandum, Certificate of Service. (Attachments: # 1 Memorandum Memorandum of Law)(SNYDER, MARNI) (Entered: 06/23/2017) |
| 07/03/2017 | 39 | MOTION FOR EXTENSION OF TIME TO RESPOND UNTIL MONDAY, 7/24/17, filed by ORLANDO A. ACOSTA, EDWARD LLOYD. Certificate of Service. (va, ) (Entered: 07/05/2017) |
| 07/06/2017 | 42 | ORDER GRANTING 39 MOTION FOR EXTENSION OF TIME. PLAINTIFF SHALL FILE A RESPONSE TO THE MOTION TO DISMISS ON OR BEFORE JULY 24, 2017. PLAINTIFFS REQUEST FOR A CM/ECF ACCESS NUMBER AND ELECTRONIC CASE FILING PRIVILEGES IS GRANTED. THE CLERK OF COURT IS DIRECTED TO ESTABLISH ELECTRONIC CASE FILING (ECF) ACCESS FOR PLAINTIFF ORLANDO A. ACOSTA. SIGNED BY HONORABLE JOEL H. SLOMSKY ON 7/6/17. 7/7/17 ENTERED AND COPIES MAILED TO UNREP DEFENDANT AND PRO SE PLAINTIFFS, E-MAILED. (va, ) Modified on 7/11/2017 (tjd). (Entered: 07/07/2017) |
| 07/07/2017 | 40 | NOTICE of Appearance by ANTHONY GEORGE KYRIAKAKIS on behalf of EL-AMOR BROWNE ALI, SHIRLEY GREGORY, DWANE LILLES, CARLOS MATOS, ELAINE TOMLIN, JEWELL WILLIAMS |

| | | with Certificate of Service(KYRIAKAKIS, ANTHONY) (Entered: 07/07/2017) |
|---|---|---|
| 07/07/2017 | 41 | First MOTION to Dismiss *and Motion to Join the Motions to Dismiss of Defendants Emilio A. Vazquez and Philadelphia City Democratic Committee* filed by EL-AMOR BROWNE ALI, SHIRLEY GREGORY, DWANE LILLES, CARLOS MATOS, ELAINE TOMLIN, JEWELL WILLIAMS.Memorandum, Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Memorandum, # 3 Certificate of Service) (KYRIAKAKIS, ANTHONY) (Entered: 07/07/2017) |
| 07/20/2017 | 43 | ANSWER OF THE PLAINTIFFS, EDWARD LLOYD AND ORLANDO ACOSTA, TO THE 37 MOTION TO DISMISS OF THE DEFENDANT, EMILIO VASQUEZ. Certificate of Service. Text of Proposed Order. (va, ) (Entered: 07/21/2017) |
| 07/20/2017 | 44 | PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S EMILIO VAZQUEZ AND PHILADELPHIA CITY DEMOCRATIC COMMITTEE 37 , 38 MOTION TO DISMISS THE AMENDED COMPLAINT. Certificate of Service. (va, ) (Entered: 07/21/2017) |
| 07/27/2017 | 45 | REPLY to Response to Motion re 32 MOTION to Dismiss filed by PEDRO A. CORTES, DEPARTMENT OF STATE, BUREAU OF COMMISSIONS, ELECTIONS AND LEGISLATION. (KOTULA, KATHLEEN) (Entered: 07/27/2017) |
| 07/27/2017 | 46 | REPLY to Response to Motion re 33 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *and Certificate of Service* filed by ANTHONY CLARK, LISA DEELEY, PHILADELPHIA CITY COMMISSIONERS & COUNTY OF PHILA BOARD OF ELECTIONS, AL SCHMIDT. (FIELD, BENJAMIN) (Entered: 07/27/2017) |
| 07/28/2017 | 47 | REPLY to Response to Motion re 37 Amended MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by EMILIO VAZQUEZ. (BONIN, ADAM) (Entered: 07/28/2017) |
| 07/29/2017 | 48 | REPLY to Response to Motion re 38 MOTION to Dismiss MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM MOTION to Dismiss for Lack of Jurisdiction filed by DEMOCRATIC CITY COMMITTEE. (SNYDER, MARNI) (Entered: 07/29/2017) |
| 08/01/2017 | 49 | ORDER THAT A HEARING ON THE DEFENDANTS' MOTIONS TO DISMISS (DOC. NOS. 31 - 33 , 36 - 38 , 41 ) WILL BE HELD ON SEPTEMBER 14, 2017 AT 2:00 P.M. IN COURTROOM 13A, UNITED STATES COURTHOUSE, 601 MARKET STREET, PHILADELPHIA, PENNSYLVANIA. COUNSEL FOR THE PARTIES SHALL BE PRESENT. IT IS FURTHER ORDERED THAT PLAINTIFF'S MOTION FOR A HEARING (DOC. NO. 10 ) IS DENIED AS MOOT. SIGNED BY HONORABLE JOEL H. SLOMSKY ON 8/1/17. 8/1/17 ENTERED AND COPIES MAILED TO UNREP, E-MAILED TO PRO SE PLAINTIFFS AND COUNSEL. (va, ) (Entered: 08/01/2017) |

| 08/01/2017 | 🔒 | (Court only) ***Motions terminated: 10 MOTION for Hearing filed by ORLANDO A. ACOSTA, EDWARD LLOYD. (va, ) (Entered: 08/01/2017) |
| 08/02/2017 | 50 | ORDER THAT THE HEARING ON THE MOTIONS CURRENTLY SCHEDULED FOR SEPTEMBER 14, 2017 AT 2:00 P.M. IS CANCELLED, AND THE HEARING IS RESCHEDULED TO TAKE PLACE ON SEPTEMBER 14, 2017 AT 3:30 P.M. IN COURTROOM 13A, UNITED STATES COURTHOUSE, 601 MARKET STREET, PHILADELPHIA, PENNSYLVANIA. COUNSEL FOR THE PARTIES SHALL BE PRESENT. SIGNED BY HONORABLE JOEL H. SLOMSKY ON 8/2/17. 8/2/17 ENTERED AND COPIES MAILED TO UNREP, E-MAILED TO PRO SE PLAINTIFFS AND COUNSEL. (va, ) (Entered: 08/02/2017) |
| 08/04/2017 | 51 | ANSWER TO DEFENDANTS 2ND REQUESTED MOTION OF DISMISSAL, filed by ORLANDO A. ACOSTA, EDWARD LLOYD. (va, ) (Entered: 08/04/2017) |
| 08/04/2017 | 52 | MOTION TO CONSOLIDATE CASES, filed by ORLANDO A. ACOSTA, EDWARD LLOYD. Text of Proposed Order. Certificate of Service. (va, ) (Entered: 08/04/2017) |
| 08/10/2017 | 53 | ORDER GRANTING 52 MOTION TO CONSOLIDATE CASES. CIVIL ACTION NO. 17-1562 IS CONSOLIDATED WITH CIVIL ACTION NO. 17-1462. ALL FUTURE FILINGS SHALL BE DOCKETED UNDER CIVIL ACTION NO. 17-1462. THE HEARING ORIGINALLY SCHEDULED ON SEPTEMBER 13, 2017 IN CIVIL ACTION NO. 17-1562 IS CANCELLED. A HEARING WILL BE HELD ON THE MOTIONS TO DISMISS FILED IN THE CONSOLIDATED ACTION ON SEPTEMBER 14, 2017 AT 3:30 P.M. IN COURTROOM 13A. SIGNED BY HONORABLE JOEL H. SLOMSKY ON 8/9/17. 8/10/17 ENTERED AND COPIES E-MAILED TO COUNSEL AND PRO SE PLAINTIFFS. 8/11/17 UNREP MAILED. (va, ) (Entered: 08/10/2017) |
| 08/10/2017 | 🔒 | (Court only) ***Set/Clear Flags Set Flag LEAD (va, ) (Entered: 08/21/2017) |
| 09/15/2017 | 54 | ORDER THAT THE PARTIES MAY FILE SUPPLEMENTAL MEMORANDA IN REGARD TO THE MOTIONS TO DISMISS (DOC. NOS. 31, 32, 33, 37, 38, 41; CIVIL ACTION NO. 17-1562, DOC. NOS. 11, 13, 15, 16) WITHIN FOURTEEN DAYS OF RECEIPT OF THE TRANSCRIPT OF THE HEARING. SIGNED BY HONORABLE JOEL H. SLOMSKY ON 9/15/17. 9/18/17 ENTERED AND COPIES MAILED TO UNREP, E-MAILED. (va, ) (Entered: 09/18/2017) |
| 09/15/2017 | 🔒 55 | Minute Entry for proceedings held before HONORABLE JOEL H. SLOMSKY. Motion Hearing held on 9/14/17 re 36 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by EMILIO VAZQUEZ, 37 Amended MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by EMILIO VAZQUEZ, 32 MOTION to |

| | | |
|---|---|---|
| | | Dismiss filed by DEPARTMENT OF STATE, BUREAU OF COMMISSIONS, ELECTIONS AND LEGISLATION, PEDRO A. CORTES, 33 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by PHILADELPHIA CITY COMMISSIONERS & COUNTY OF PHILA BOARD OF ELECTIONS, AL SCHMIDT, ANTHONY CLARK, LISA DEELEY, 31 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by MIKE TURZAI, 38 MOTION to Dismiss MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM MOTION to Dismiss for Lack of Jurisdiction filed by DEMOCRATIC CITY COMMITTEE, 41 First MOTION to Dismiss *and Motion to Join the Motions to Dismiss of Defendants Emilio A. Vazquez and Philadelphia City Democratic Committee* filed by DWANE LILLES, CARLOS MATOS, JEWELL WILLIAMS, ELAINE TOMLIN, SHIRLEY GREGORY, EL-AMOR BROWNE ALI. Court Reporter: ESR. (va, ) (Entered: 09/18/2017) |
| 10/13/2017 | 56 | MOTION FOR ORDER WAIVING TRANSCRIPT FEES, filed by EDWARD LLOYD. (va, ) (Entered: 10/16/2017) |
| 10/13/2017 | 57 | WAIVER OF SERVICE OF SUMMONS Returned Executed. JEWELL WILLIAMS waiver sent on 9/22/2017, answer due 11/21/2017; ELAINE TOMLIN waiver sent on 9/22/2017, answer due 11/21/2017; SHIRLEY GREGORY waiver sent on 9/22/2017, answer due 11/21/2017; DWANE LILLES waiver sent on 9/22/2017, answer due 11/21/2017; EL-AMOR BROWNE ALI waiver sent on 9/22/2017, answer due 11/21/2017; CARLOS MATOS waiver sent on 9/22/2017, answer due 11/21/2017. (va, ) (Entered: 10/16/2017) |
| 10/17/2017 | 58 | ORDER GRANTING 56 MOTION FOR ORDER WAIVING TRANSCRIPT FEES. IT IS FURTHER ORDERED THAT THE CLERK OF COURT SHALL PROVIDE PLAINTIFFS ORLANDO A. ACOSTA AND EDWARD LLOYD WITH A COPY OF THE TRANSCRIPT OF THE HEARING HELD IN THE ABOVE-CAPTIONED CASE ON SEPTEMBER 14, 2017 WITHOUT PAYMENT OF COSTS. SIGNED BY HONORABLE JOEL H. SLOMSKY ON 10/17/17.10/17/17 ENTERED AND COPIES MAILED TO UNREP, E-MAILED. COPY TO TRANSCRIPTION COORDINATOR. (va, ) (Entered: 10/17/2017) |
| 10/20/2017 | 59 | *Letter submitted* by PEDRO A. CORTES, DEPARTMENT OF STATE, BUREAU OF COMMISSIONS, ELECTIONS AND LEGISLATION, PENNSYLVANIA DEPT. OF STATE - BUREAU OF ELECTIONS. (KOTULA, KATHLEEN) (Entered: 10/20/2017) |
| 10/26/2017 | 60 | Joint MOTION for Extension of Time to File Response/Reply filed by ANTHONY CLARK, PEDRO A. CORTES, LISA DEELEY, DEPARTMENT OF STATE, BUREAU OF COMMISSIONS, ELECTIONS AND LEGISLATION, PENNSYLVANIA DEPT. OF STATE - BUREAU OF ELECTIONS, PHILADELPHIA CITY COMMISSIONERS & COUNTY OF PHILA BOARD OF ELECTIONS, |

| | | |
|---|---|---|
| | | AL SCHMIDT.Certificate of Service.(KOTULA, KATHLEEN) (Entered: 10/26/2017) |
| 10/26/2017 | 62 | ORDER GRANTING 60 MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL MEMORANDA IN REGARD TO THE MOTIONS TO DISMISS (DOC. NOS. 31 , 32 , 33 , 37 , 38 , 41 ; CIVIL ACTION NO. 17-1562, DOC. NOS. 11, 13, 15, 16) BY NOVEMBER 20, 2017. THE CLERK OF COURT SHALL DOCKET THE ATTACHED LETTER DATED OCTOBER 23, 2017 FROM SAMUEL C. STRETTON, ESQUIRE, COUNSEL FOR PLAINTIFFS CHERI HONKALA AND THE GREEN PARTY OF PENNSYLVANIA. SIGNED BY HONORABLE JOEL H. SLOMSKY ON 10/26/17. 10/27/17 ENTERED AND COPIES MAILED TO UNREP, E-MAILED. (va, ) (Entered: 10/27/2017) |
| 10/26/2017 | 63 | Letter dated 10/23/17 from SAMUEL C. STRETTON to Judge Slomsky, re: Transcript Status. (va, ) (Entered: 10/27/2017) |
| 10/27/2017 | 61 | Transcript of Motion to Dismiss Hearing held on 9/14/17, before Judge Slomsky. Court Reporter/Transcriber: TK Transcribers. (fdc) (Entered: 10/27/2017) |
| 11/02/2017 | 64 | MOTION FOR EXTENSION OF TIME FOR PRO SE PLAINTIFFS TO FILE SUPPLEMENTAL MEMORANDA IN REGARD TO THE MOTIONS TO DISMISS (DOC. NOS. 31 , 32 , 33 , 37 , 38 , 41 ; CIVIL ACTION NO. 17-1562, DOC. NOS. 11, 13, 15, 16) BY NOVEMBER 20, 2017. filed by ORLANDO A. ACOSTA, EDWARD LLOYD. (va, ) (Entered: 11/03/2017) |
| 11/03/2017 | 65 | NOTICE of Appearance by MATTHEW B. WEISBERG on behalf of EDWARD LLOYD with Jury Demand and Certificate of Service (WEISBERG, MATTHEW) (Entered: 11/03/2017) |
| 11/03/2017 | 66 | NOTICE by EDWARD LLOYD re 37 Amended MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 64 MOTION for Extension of Time to File Response/Reply as to 37 Amended MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 32 MOTION to Dismiss , 33 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 31 MOTION TO DISMISS, 65 Notice of Appearance, 32 MOTION to Dismiss , 62 Order on Motion for Extension of Time to File Response/Reply,, 33 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 31 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 38 MOTION to Dismiss MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM MOTION to Dismiss for Lack of Jurisdiction , 41 First MOTION to Dismiss *and Motion to Join the Motions to Dismiss of Defendants Emilio A. Vazquez and Philadelphia City Democratic Committee Letter Requesting Extension on Behalf of Plaintiff Edward Lloyd* (WEISBERG, MATTHEW) (Entered: 11/03/2017) |
| 11/03/2017 | 67 | ORDER THAT THE MOTION (DOC. NO. 64 ) IS GRANTED. PLAINTIFFS ORLANDO A. ACOSTA AND EDWARD LLOYD MAY |

| | | FILE SUPPLEMENTAL MEMORANDA IN REGARD TO THE MOTIONS TO DISMISS (DOC. NOS. 31 , 32 , 33 , 37 , 38 , 41 ; CIVIL ACTION NO. 17-1562, DOC. NOS. 11, 13, 15, 16) BY NOVEMBER 20, 2017. SIGNED BY HONORABLE JOEL H. SLOMSKY ON 11/3/17. 11/3/17 ENTERED AND COPIES MAILED TO UNREP, E-MAILED. (va, ) (Entered: 11/03/2017) |
|---|---|---|
| 11/20/2017 | 68 | LETTER by EDWARD LLOYD re Joinder in Co-Plaintiff's Supplemental Brief. (WEISBERG, MATTHEW) Modified on 11/21/2017 (md). (Entered: 11/20/2017) |
| 11/20/2017 | 69 | Memorandum Supplemental re 32 MOTION to Dismiss filed by PEDRO A. CORTES, DEPARTMENT OF STATE, BUREAU OF COMMISSIONS, ELECTIONS AND LEGISLATION, PENNSYLVANIA DEPT. OF STATE - BUREAU OF ELECTIONS. (KOTULA, KATHLEEN) (Entered: 11/20/2017) |
| 11/20/2017 | 70 | Memorandum of Law re 37 Amended MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 38 MOTION to Dismiss MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM MOTION to Dismiss for Lack of Jurisdiction , 41 First MOTION to Dismiss *and Motion to Join the Motions to Dismiss of Defendants Emilio A. Vazquez and Philadelphia City Democratic Committee* filed by EL-AMOR BROWNE ALI, DEMOCRATIC CITY COMMITTEE, SHIRLEY GREGORY, DWANE LILLES, CARLOS MATOS, ELAINE TOMLIN, EMILIO VAZQUEZ, JEWELL WILLIAMS. (BONIN, ADAM) (Entered: 11/20/2017) |
| 11/20/2017 | 71 | RESPONSE in Support re 33 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *(Supplemental Response) with Certificate of Service* filed by ANTHONY CLARK, LISA DEELEY, PHILADELPHIA CITY COMMISSIONERS & COUNTY OF PHILA BOARD OF ELECTIONS, AL SCHMIDT. (FIELD, BENJAMIN) (Entered: 11/20/2017) |
| 11/20/2017 | 72 | PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS EMILIO VAZQUEZ AND PHILADELPHIA CITY DEMOCRATIC COMMITTEE'S ( 36 , 37 , 38 , 41 ) MOTIONS TO DISMISS, together with Exhibits, filed by ORLANDO A. ACOSTA. (Attachments: # 1 Exhibit Part 1, # 2 Errata Part 2) (va, ) (Entered: 11/21/2017) |
| 11/27/2017 | 73 | Statement by ORLANDO A. ACOSTA, re: Court of Common Pleas & Commonwealth of PA Decisions. Exhibits. (Attachments: # 1 Exhibit) (va, ) (Entered: 11/28/2017) |
| 12/27/2017 | 74 | NOTICE of Appearance by BRIAN R. MILDENBERG on behalf of EDWARD LLOYD (MILDENBERG, BRIAN) (Entered: 12/27/2017) |
| 12/27/2017 | 75 | EXHIBITS by ORLANDO A. ACOSTA. (va, ) (Entered: 12/28/2017) |
| 12/27/2017 | 76 | NOTICE of Change of E-Mail Address, by ORLANDO A. ACOSTA. (va, ) (Entered: 12/28/2017) |

| 12/29/2017 | <u>77</u> | LETTER by EDWARD LLOYD regarding Joinder in Co-Plaintiffs' Briefs. (WEISBERG, MATTHEW) Modified on 1/2/2018 (md). (Entered: 12/29/2017) |
| 01/10/2018 | <u>78</u> | MOTION FOR GRAND JURY, filed by ORLANDO A. ACOSTA. Proof of Service.(va, ) Modified on 1/18/2018 (nd, ). (Entered: 01/11/2018) |
| 01/10/2018 | <u>79</u> | MOTION FOR DEFAULT JUDGEMENT AGAINST LESLIE ACOSTA & THE NONPROFIT COMMITTEE OF 70, filed by ORLANDO A. ACOSTA. Proof of Service. (va, ) (Entered: 01/11/2018) |
| 01/10/2018 | <u>80</u> | EXHIBITS by ORLANDO A. ACOSTA. (va, ) (Entered: 01/11/2018) |
| 01/22/2018 | <u>81</u> | NOTICE of DEFAULT of Leslie Acosta, by ORLANDO A. ACOSTA (va, ) (Entered: 01/23/2018) |
| 01/22/2018 | <u>82</u> | MOTION FOR HEARING, filed by ORLANDO A. ACOSTA. (va, ) (Entered: 01/23/2018) |
| 01/23/2018 | <u>83</u> | OPINION SIGNED BY HONORABLE JOEL H. SLOMSKY ON 1/22/18. 1/24/18 ENTERED AND COPIES MAILED TO UNREP, E-MAILED. (va, ) (Entered: 01/24/2018) |
| 01/23/2018 | <u>84</u> | ORDER THAT DEFENDANTS ( <u>31</u> , <u>32</u> , <u>33</u> , <u>37</u> , <u>38</u> , <u>41</u> ) MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT (CIV. ACTION NO. 17-1462, DOC. NO. <u>11</u> ) AND THE AMENDED COMPLAINT (CIV. ACTION NO. 17-1562, DOC. NO. 2) ARE GRANTED. PLAINTIFFS ARE GIVEN TWENTY (20) DAYS FROM THE DATE OF THIS ORDER IN WHICH TO FILE AMENDED COMPLAINTS AGAINST ALL DEFENDANTS IF WARRANTED, EXCEPT FOR THE PENNSYLVANIA DEPARTMENT OF STATE, BUREAU OF COMMISSIONERS, ELECTIONS AND LEGISLATION. DEFENDANTS SHALL RESPOND TO ANY AMENDED COMPLAINT WITHIN TWENTY-ONE (21) DAYS OF THEIR FILING. SIGNED BY HONORABLE JOEL H. SLOMSKY ON 1/22/18. 1/24/18 ENTERED AND COPIES MAILED TO UNREP, E-MAILED. (va, ) Modified on 1/24/2018 (md). (Entered: 01/24/2018) |
| 01/23/2018 | <u>85</u> | ORDER DENYING <u>78</u> MOTION FOR GRAND JURY AND <u>79</u> MOTION FOR DEFAULT JUDGMENT AGAINST COMMITTEE OF SEVENTY AND LESLIE ACOSTA. SIGNED BY HONORABLE JOEL H. SLOMSKY ON 1/22/18. 1/24/18 ENTERED AND COPIES MAILED TO UNREP, E-MAILED. (va, ) (Entered: 01/24/2018) |
| 01/24/2018 | <u>86</u> | ORDER DENYING <u>82</u> MOTION FOR HEARING. SIGNED BY HONORABLE JOEL H. SLOMSKY ON 1/24/18. 1/24/18 ENTERED AND COPIES MAILED TO UNREP, E-MAILED. (va, ) (Entered: 01/24/2018) |
| 01/26/2018 | <u>87</u> | ORDER THAT THE CLERK OF COURT SHALL NOT ENTER A DEFAULT IN THIS CASE AGAINST DEFENDANT LESLIE ACOSTA. SIGNED BY HONORABLE JOEL H. SLOMSKY ON |

| | | |
|---|---|---|
| | | 1/25/18. 1/26/18 ENTERED AND COPIES MAILED TO UNREP, E-MAILED. (va, ) (Entered: 01/26/2018) |
| 02/07/2018 | 88 | MOTION for Extension of Time to File *Amended Complaint* filed by LUCINDA LITTLE.Certificate of Service.(STRETTON, SAMUEL) (Entered: 02/07/2018) |
| 02/09/2018 | 89 | MOTION for Extension of Time to File *Amended Complaint* filed by EDWARD LLOYD.Certificate of Service.(WEISBERG, MATTHEW) (Entered: 02/09/2018) |
| 02/12/2018 | 90 | NOTICE by LUCINDA LITTLE *Cheri Honkala, Green Party of Pennsylvania and Republican City Committee of Philadelphia* (STRETTON, SAMUEL) (Entered: 02/12/2018) |
| 02/12/2018 | 91 | SECOND AMENDED COMPLAINT against LESLIE ACOSTA, EL-AMOR BROWNE ALI, DEMOCRATIC CITY COMMITTEE, SHIRLEY GREGORY, DWANE LILLES, CARLOS MATOS, PENNSYLVANIA DEPT. OF STATE - BUREAU OF ELECTIONS, PHILADELPHIA CITY COMMISSIONERS & COUNTY OF PHILA BOARD OF ELECTIONS, ELAINE TOMLIN, MIKE TURZAI, EMILIO VAZQUEZ, JEWELL WILLIAMS, filed by ORLANDO A. ACOSTA. Exhibits. (va, ) (Entered: 02/13/2018) |
| 02/14/2018 | 92 | ORDER THAT THE MOTION OF THE PLAINTIFFS, CHERI HONKALA, THE GREEN PARTY OF PENNSYLVANIA, REPUBLICAN CITY COMMITTEE OF PHILADELPHIA AND LUCINDA LITTLE, FOR AN EXTENSION OF FOUR (4) DAYS TO FILE AN AMENDED COMPLAINT (DOC. NO. 88 ) IS DENIED AS MOOT. PLAINTIFF LLOYDS MOTION FOR ENLARGEMENT OF TIME TO FILE AMENDED COMPLAINT (DOC. NO. 89 ) IS GRANTED. PLAINTIFF LLOYD MAY FILE AN AMENDED COMPLAINT ON OR BEFORE MARCH 5, 2018. SIGNED BY HONORABLE JOEL H. SLOMSKY ON 2/13/18. 2/14/18 ENTERED AND COPIES MAILED TO UNREP, E-MAILED. (va, ) (Entered: 02/14/2018) |
| 02/14/2018 | 🔒 | (Court only) ***Set/Reset Deadlines: AMENDED PLEADINGS DUE BY 3/5/2018. (md) (Entered: 02/16/2018) |
| 02/26/2018 | 93 | REQUEST re 91 Amended Complaint, 92 Order on Motion for Extension of Time to File,,,,, *Letter Request for Uniform Deadline to Respond to Amended Complaints* filed by MIKE TURZAI..(MYERS, KARL) Modified on 3/6/2018 (lvj, ). (Entered: 02/26/2018) |
| 02/26/2018 | 94 | MOTION FOR ORDER DENYING 93 REQUEST FOR EXTENSION OF TIME, filed by ORLANDO A. ACOSTA. (va, ) (Entered: 02/27/2018) |
| 02/28/2018 | 95 | AFFIDAVIT in support of 94 OBJECTION to 93 MOTION by ORLANDO A. ACOSTA. Exhibit. (va, ) (Entered: 03/01/2018) |
| 03/02/2018 | 96 | |

| | | ORDER THAT DEFTS' REQUEST 93 IS GRANTED, AND PLFF ACOSTA'S MOTION 94 IS DENIED. DEFTS SHALL FILE RESPONSES TO ALL AMENDED COMPLAINTS BY 3/26/18.. SIGNED BY HONORABLE JOEL H. SLOMSKY ON 2/27/18.3/2/18 ENTERED AND COPIES E-MAILED.(lvj, ) (Entered: 03/02/2018) |
|---|---|---|
| 03/02/2018 | 🔒 | (Court only) ***Update Answer Deadline (lvj, ) (Entered: 03/02/2018) |
| 03/05/2018 | 97 | NOTICE by ORLANDO A. ACOSTA, EDWARD LLOYD (WEISBERG, MATTHEW) (FILED IN ERROR BY ATTY - REFILED AS DKT # 98 (va, ). (Main Document 97 replaced on 3/5/2018) (va, ). (Entered: 03/05/2018) |
| 03/05/2018 | 98 | NOTICE of Withdrawal of Appearance by MATTHEW B. WEISBERG on behalf of EDWARD LLOYD(WEISBERG, MATTHEW) (Entered: 03/05/2018) |
| 03/05/2018 | 99 | LETTER from Counsel Brian R. Mildenberg to Discharge Counsel and Proceed Pro Se to file Joinder to Amended Complaint of Orlando Acosta, Co-Plaintiff, by EDWARD LLOYD. (MILDENBERG, BRIAN) Modified on 3/8/2018 (md). (Entered: 03/05/2018) |
| 03/05/2018 | 100 | Request to Overturn Ruling and Reset Deadline to 3/6/18, by ORLANDO A. ACOSTA. (va, ) (Entered: 03/05/2018) |
| 03/05/2018 | 101 | Request *of Plaintiff Edward Lloyd to Proceed Pro Se (via signed Letter to Judge Slomsky) (pursuant to request of Chambers)* by EDWARD LLOYD. (MILDENBERG, BRIAN) (Entered: 03/05/2018) |
| 03/06/2018 | 102 | ORDER THAT MATTHEW B. WEISBERG, ESQUIRE, IS RELIEVED OF HIS REPRESENTATION OF PLAINTIFF EDWARD LLOYD. BRIAN R. MILDENBERG, ESQUIRE, IS RELIEVED OF HIS REPRESENTATION OF PLAINTIFF EDWARD LLOYD. PLAINTIFF LLOYDS REQUEST FOR ADDITIONAL TIME TO FILE AN AMENDED COMPLAINT IS GRANTED. PLAINTIFF LLOYD MAY FILE AN AMENDED COMPLAINT OR JOIN IN PLAINTIFF ACOSTAS COMPLAINT AMENDED ON OR BEFORE MARCH 15, 2018. PLAINTIFF ACOSTAS LETTER REQUESTING THAT THE COURT RECONSIDER ITS FEBRUARY 27, 2018 ORDER GRANTING DEFENDANTS TWENTY-ONE (21) DAYS FROM PLAINTIFF LLOYDS DEADLINE TO FILE AN AMENDED COMPLAINT IN WHICH TO FILE RESPONSES IS DENIED. DEFENDANTS SHALL FILE RESPONSES TO ALL AMENDED COMPLAINTS BY APRIL 5, 2018.. SIGNED BY HONORABLE JOEL H. SLOMSKY ON 3/6/18. 3/6/18 ENTERED AND COPIES MAILED TO UNREP, E-MAILED. (va, ) (Entered: 03/06/2018) |
| 03/14/2018 | 103 | Request to be joined in with Pro Se Plaintiff Orlando Acosta's 91 Amended Complaint, by EDWARD LLOYD. (Attachments: # 1 Exhibit) (va, ) (Entered: 03/15/2018) |
| 03/15/2018 | 104 | ORDER GRANTING 103 REQUEST OF EDWARD LLOYD TO JOIN IN THE PRO SE 91 AMENDED COMPLAINT FILED BY ORLANDO |

| | | |
|---|---|---|
| | | A. ACOSTA. SIGNED BY HONORABLE JOEL H. SLOMSKY ON 3/15/18. 3/16/18 ENTERED AND COPIES MAILED TO UNREP, E-MAILED. (va, ) (Entered: 03/16/2018) |
| 04/04/2018 | 105 | Second MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by DEMOCRATIC CITY COMMITTEE.. (Attachments: # 1 Certificate of Service)(SNYDER, MARNI) (Entered: 04/04/2018) |
| 04/04/2018 | 106 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *in Acosta Second Amended Complaint*, MOTION to Strike 91 Amended Complaint, *for Impertinent and Scandalous Material* filed by EMILIO VAZQUEZ.Memorandum, Certificate of Service. (Attachments: # 1 Memorandum)(BONIN, ADAM) (Entered: 04/04/2018) |
| 04/04/2018 | 107 | Second MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by PEDRO A. CORTES, DEPARTMENT OF STATE, BUREAU OF COMMISSIONS, ELECTIONS AND LEGISLATION, PENNSYLVANIA DEPT. OF STATE - BUREAU OF ELECTIONS.. (Attachments: # 1 Memorandum, # 2 Text of Proposed Order, # 3 Certificate of Service)(KOTULA, KATHLEEN) (Entered: 04/04/2018) |
| 04/05/2018 | 108 | Second MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by MIKE TURZAI.Memorandum, Proposed Order, Certificate of Service.(MYERS, KARL) (Entered: 04/05/2018) |
| 04/05/2018 | 109 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *in Acosta Second Amended Complaint* filed by EL-AMOR BROWNE ALI, SHIRLEY GREGORY, DWANE LILLES, CARLOS MATOS, ELAINE TOMLIN, JEWELL WILLIAMS.. (Attachments: # 1 Memorandum, # 2 Text of Proposed Order, # 3 Certificate of Service)(KYRIAKAKIS, ANTHONY) (Entered: 04/05/2018) |
| 04/05/2018 | 110 | Second MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by ANTHONY CLARK, LISA DEELEY, PHILADELPHIA CITY COMMISSIONERS & COUNTY OF PHILA BOARD OF ELECTIONS, AL SCHMIDT.Motion to Dismiss with Memorandum of Law, Proposed Order, and Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Memorandum, # 3 Certificate of Service)(FIELD, BENJAMIN) (Entered: 04/05/2018) |
| 04/05/2018 | 111 | AFFIDAVIT OF STATUS AS SECURED PARTY AND CREDITOR, by ORLANDO A. ACOSTA. (va, ) (Entered: 04/05/2018) |
| 04/05/2018 | 112 | NOTICE of WILLIAM FRANCIS GALVIN, SECRETARY OF COMMONWEALTH OF MASSACHUSETTS, by ORLANDO A. ACOSTA (va, ) (Entered: 04/05/2018) |
| 04/17/2018 | 113 | AFFIDAVIT Of Truth, with Request for Answer within 10 Days, by ORLANDO A. ACOSTA. (va, ) (Entered: 04/17/2018) |
| 05/03/2018 | 114 | MOTION FOR DEFAULT AGAINST DEFENDANTS, filed by ORLANDO A. ACOSTA. Exhibits. (va, ) (Entered: 05/03/2018) |
| 05/07/2018 | 115 | |

| | | Letter dated 5/7/18 from Orlando A. Acosta to Judge Slomsky, re: Default Judgement & Hearing. (va, ) (Entered: 05/08/2018) |
|---|---|---|
| 05/18/2018 | 116 | AFFIDAVIT in Support re 114 MOTION for Default Judgment against DEFENDANTS, filed by ORLANDO A. ACOSTA. (va, ) (Entered: 05/21/2018) |
| 05/24/2018 | 117 | STATEMENT by ORLANDO A. ACOSTA. (jaa, ) (Entered: 05/25/2018) |
| 06/01/2018 | 118 | Statement of Truth by EDWARD LLOYD. (va, ) (Entered: 06/04/2018) |
| 06/04/2018 | 119 | NOTICE regarding pending Motions, by ORLANDO A. ACOSTA. (va, ) (Entered: 06/04/2018) |
| 06/12/2018 | 120 | AFFIDAVIT of Probable Cause, by ORLANDO A. ACOSTA. (va, ) (Entered: 06/13/2018) |
| 06/21/2018 | 121 | NOTICE re: Democratic State Committee, Request for Freeze, etc. by ORLANDO A. ACOSTA (va, ) (Entered: 06/22/2018) |
| 06/26/2018 | 122 | NOTICE re: Affidavit of Truth, by ORLANDO A. ACOSTA (va, ) (Entered: 06/27/2018) |
| 06/29/2018 | 123 | MOTION for Default Judgment against LESLIE ACOSTA filed by ORLANDO A. ACOSTA..(va, ) (Entered: 07/02/2018) |
| 07/11/2018 | 124 | Statement by ORLANDO A. ACOSTA. (va, ) (Entered: 07/12/2018) |
| 08/30/2018 | 125 | OPINION SIGNED BY HONORABLE JOEL H. SLOMSKY ON 8/30/18. 8/31/18 ENTERED AND COPIES MAILED TO UNREP, AND E-MAILED. (va, ) (Entered: 08/31/2018) |
| 08/30/2018 | 126 | ORDER THAT DEFENDANTS MOTIONS TO DISMISS (DOC. NOS. 105 - 110 ) ARE GRANTED. PLAINTIFF ACOSTAS MOTION FOR DEFAULT (DOC. NO. 114 ) IS DENIED. PLAINTIFF ACOSTAS MOTION FOR DEFAULT JUDGMENT (DOC. NO. 123 ) IS DENIED. THE CLERK OF COURT SHALL CLOSE THIS CASE FOR STATISTICAL PURPOSES. SIGNED BY HONORABLE JOEL H. SLOMSKY ON 8/30/18. 8/31/18 ENTERED AND COPIES MAILED TO UNREP, AND E-MAILED. (va, ) (Entered: 08/31/2018) |
| 08/30/2018 | 🔒 | (Court only) ***Civil Case Terminated. (mk, ) (Entered: 08/31/2018) |
| 09/10/2018 | 127 | NOTICE OF APPEAL as to 126 Order (Memorandum and/or Opinion),, Order Dismissing Case, by ORLANDO A. ACOSTA. IFP GRANTED Copies to Judge, Clerk USCA, Appeals Clerk. (kp, ) (Entered: 09/11/2018) |
| 09/14/2018 | 128 | NOTICE of Docketing Record on Appeal from USCA re 127 Notice of Appeal filed by ORLANDO A. ACOSTA. USCA Case Number 18-3018 (dmc, ) (Entered: 09/14/2018) |

Please turn over

18-30-18

I Orlando Acost Certify that all defendants in this Case have been Served

list of names that have been Served

1. Kathleen M Kotula
302 N West office Bldg
Harrisburg, Pa 17120-0040
Dauphin County

2. Timothy E Gates
302 N office Building 401 N Street
Harrisburg, Pa 17120

3. Karl S. Myers
2005 Market Street
Philadelphia, Pa 19103

4. Anthony Kyriakakis
1500 Market Street
Phila, Pa, 19102

by Orlando A. Acosta
Orlando Acosta

5. Jonathan F Bloom
2600 one commerce sq
Stradley ronon Et Al.
Phila, Pa 19103

6. Elise Bruhl
City of Philadelphia
Law Department
1515 arch street
Phila Pa, 19107

Case NUMBER

18-30-18

11/26/2018

I orlando Acosta hired Heaven sent courier service to do the serving on all the defendants

Orlando Acosta