Case NumBeR 18-30-18

11-29-2018

I Orlando Acosta am requesting permission from the third Circuit Court of Appeals. the opportunity to make a presentation of oral arguments pertaining to this case 18-30-18

Thank you for your time and patience sincerely yours mr. Orlando Acosta.

NOV 29 2018

U.S.C.A. 3rd CIR.