

Stradley Ronon Stevens & Young, LLP

2005 Market Street, Suite 2600

Philadelphia, PA  19103

Telephone  215.564.8000

Fax  215.564.8120

www.stradley.com

**Karl S. Myers**

kmyers@stradley.com

215.564.8193

December 6, 2018

<u>Via ECF</u>

Patricia S. Dodszuweit, Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Re:   **Acosta v. Democratic City Committee,** *et al.*
      <u>Docket No. 18-3018</u>

Dear Ms. Dodszuweit:

    In his November 26, 2018 informal brief, appellant Orlando Acosta raises no issue and develops no argument addressed to this firm's client, appellee Mike Turzai, Speaker of the Pennsylvania House of Representatives.  Appellant's brief thus does not prompt a responsive brief from Speaker Turzai, and so a brief will not be filed on his behalf.

    In the alternative, if the Court is inclined to require a merits submission from Speaker Turzai, he respectfully requests that this submission be treated as a letter brief.  Speaker Turzai submits that the Court should affirm the district court's judgment due to Appellant's waiver of all issues as to Speaker Turzai on appeal, and also because the district court correctly concluded that Appellant "failed to allege any actionable conduct on the part of Speaker Turzai" in Appellant's pleading.  (Doc. No. 125 at p.15, E.D. Pa. Civ. No. 17-1462.)

Respectfully submitted,

*/s/ Karl S. Myers*

Karl S. Myers

cc:   Orlando Acosta (via US Mail)
      Counsel of Record (via ECF)

**Philadelphia, PA • Harrisburg, PA • Malvern, PA • Cherry Hill, NJ • Wilmington, DE • Washington, DC • New York, NY • Chicago, IL**

A Pennsylvania Limited Liability Partnership

MERITAS LAW FIRMS WORLDWIDE

# 3746827