Case Number 18-30-18

This is Mr Orlando Acosta appellate this is a motion requesting permission from the court to file a motion of leave for me to be able to use this correspondence as a response letter to the court. in regards to defendants request to the court to leave without filing a brief in this case. I am objecting to the defendants requesting to the court to be release from this case all the defendants that are listed below in this case are all very key to this case because they all were very active in the fraudulent activity of the special election of 2017 there is video showing the intimidation being done to voters I am strongly asking the court not to Grant the defendants request to be released from this case. The reason why I have not responded Within the 14 day time frame as required under the federal rules of civil procedure was due to a medical illness thank you very much sincerely yours Mr Orlando Acosta. PS I am requesting permission from the court to have the opportunity to present oral arguments in regards to this case.

Number 1 Carlos Matos

Number 2 Elaine Tomlin

Number 3 Jewell Williams

Number 4 Dwayne Lilley

Number 5. Shirley George

Number 6 Amor Brawne



KL Counter
JAN - 2 2019
4:30p
U.S.C.A. 3 Cir.

by *Orlando Acosta* [signature]