IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 18-3018

ORLANDO A. ACOSTA,
Appellant

v.

DEMOCRATIC CITY COMMITTEE, ROBERT TORRES, ANTHONY CLARK, LISA DEELEY, AL SCHMIDT, COMMITTEE OF SEVENTY, EMILIO VAZQUEZ, CARLOS MATOS, ELAINE TOMLINSON, JEWELL WILLIAMS, DWAYNE LILLEY, SHIRLEY GREGORY, LESLIE ACOSTA, AND MIKE TURZAI, PHILADELPHIA CITY COMMISSIONERS AND PHILADELPHIA BOARD OF ELECTIONS,
Appellees

**OPPOSITION TO MOTION TO SUPPLEMENT THE RECORD**

On Appeal from the August 30, 2018, Order of the United States District Court for the Eastern District of Pennsylvania at Civil Action No. 17-1462, Granting Defendants' Motions to Dismiss

KATHLEEN M. KOTULA
Executive Deputy Chief Counsel
Pennsylvania Department of State
Office of Chief Counsel
306 North Office Building
Harrisburg, PA 17120
Phone: (717) 783-0736
kkotula@pa.gov

*Attorney for Appellees Secretary of the Commonwealth and Pennsylvania Department of State*

By motion filed May 30, 2019, *pro se* Appellant Orlando Acosta moved this Court to introduce new evidence and expand the record on appeal. The new evidence he seeks to add to the record presumably was never presented to the District Court below as part of his Third Amended Complaint nor was it attached to or described in his motion. Additionally, Acosta's motion post-dates this Court's decision to affirm the District Court's judgment. As such, this Court should deny the motion.

Although Rule 10 of the Federal Rules of Appellate Procedure permits the "correction or modification" of the record on appeal if "material evidence" has been "omitted from or misstated in the record by error or accident," the Rule says nothing about enlargement of the record on appeal. Fed. R. App. P. 10(e). Moreover, this Court has determined it "will not consider new evidence on appeal absent extraordinary circumstances." *In re: Application of Adan*, 437 F.3d 381, 389 n.3 (3d. Cir. 2006) (extraordinary circumstances are those that render the case moot or alter the appropriateness of injunctive relief, show a change in pertinent law, or demonstrate facts of which a court may take judicial notice). Simply put, there are no extraordinary circumstances present here. This Court has already decided this case and Acosta likely seeks to add materials that are extraneous and irrelevant to the proceedings below.

Further, to the extent Acosta's motion is an effort to somehow toll the time for filing or otherwise perfect a petition for rehearing, the Court should not entertain his motion as the time for filing such a petition has passed. *See* F. R. App. P. 35(c) and 40(a); 3d Cir. L.A.R. 35.0 and L.A.R. 40.0; 3d. Cir. I.O.P., Ch. 9.

For these reasons, Acosta's motion to supplement the record should be denied.

Respectfully submitted,

*/s/ Kathleen M. Kotula*

KATHLEEN M. KOTULA
Executive Deputy Chief Counsel
Pa. Supreme Court ID No. 86321

Office of Chief Counsel
Pennsylvania Department of State
306 North Office Building
Harrisburg, PA 17120
Phone: (717) 783-0736
FAX: (717) 214-9899
kkotula@pa.gov

DATE: June 10, 2019

# CERTIFICATE OF COUNSEL

I, Kathleen M. Kotula, Executive Deputy Chief Counsel, hereby certify as follows:

1. I am a member of the bar of this Court.

2. This response complies with the applicable volume limitations because it contains 702 words. I relied on my word-processing system to obtain this word count.

3. I certify that this response is double-spaced (excluding quotations, headings and footnotes) in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

4. The text of the electronic version of this respons is identical to the text of any paper copies mailed to the Court on this date.

5. The following virus detection program – McAfee VirusScan Enterprise Version 8.8.012000 – was run on the file and no virus was detected.

*/s/ Kathleen M. Kotula*

KATHLEEN M. KOTULA
Executive Deputy Chief Counsel

DATE:  June 10, 2019

# CERTIFICATE OF SERVICE

I, Kathleen M. Kotula, Executive Deputy Chief Counsel, do hereby certify that the within response has been filed electronically using the Court's CM/ECF system, and thus will be served electronically on any and all CM/ECF users involved in this case.

I have additionally caused the within response to be served by U.S. Mail on the following:

Orlando A. Acosta
5355 Belfield Avenue
Philadelphia, PA 19144
OrlandoAcosta688@gmail.com
*Appellant*

                                         */s/ Kathleen M. Kotula*

                                         KATHLEEN M. KOTULA
                                         Executive Deputy Chief Counsel

DATE:  June 10, 2019