**THE UNITED STATES COURT of Appeals for the Third Circuit**

21400 U.S Courthouse

601 Market Street

Philadelphia, PA 19160

May 30, 2019

Case No. 18-3018

## Reconsideration for the Honorable three Judge Panel



**Orlando Acosta**

5355 Belfield Avenue

Philadelphia, Pa 19144

Phone# (484) 358-3923

**This is Orlando Acosta, I am requesting from the third circuit appeal Court for both panel en banc rehearing pursuant to Fed.R. App.P.35(b3).**

This case needs to be reconsidered on these grounds, (1). Back in November 2016, I ran for state representative of the 197 District against the incumbent Leslie Acosta. She was endorsed by the Democratic City committee and the Democratic Party, Prior to the primary election in March of 2016. Leslie Acosta, plead guilty in one count of money laundering and embezzlement. I ran against Leslie Acosta as a Democratic right in candidate. (2). The Pennsylvania State Constitution prohibits anyone that's been convicted of money laundering and embezzlement to hold a seat in public office, per- Article 2 / sections 7 ineligibility by criminal convictions its states, / 'No person hereafter convicted of embezzlement of public money bribery perjury or other infamous crime, shall be eligible to the general assembly or capable of holding any office of trust profit in this Commonwealth.

(3). The Democratic Party and City committee and the state of Pennsylvania should have tossed out the votes she received. They allowed her to remain in the seat from March 2016 to January 3rd, 2017. Even though, when she plead guilty to one count of money laundering and embezzlement that made her a convicted felon and under the State Constitution of Pennsylvania. (4). Leslie Acosta should have been removed from the seat and the ballot during her reelection campaign; but she was not removed.

(5). Another election case that just occurred in 2019 dealing with the former traffic judge Willie Singletary, who went to jail, for taking bribes to fix tickets and who is currently a convicted felon. Mr. Singletary recently ran for City Council in the 2019 primary election. Someone by the name of Ryan Raiker, objected to Mr. Willie Singletary running for City Council and holding public office. So he challenged Mr. Singletary, the right to hold public office, and in short perspective. This particular case, the judge followed the Pennsylvania State Constitution law, when it is pertaining to criminal convictions and holding public office. Mr. Willie Singletary, received the ruling from the judge, stating he would be removed from the ballot. In that case the judge followed the State law as it was written.

Orlando Acosta

5355 Belfield Avenue

Philadelphia, Pennsylvania 19144

Phone# (484) 358-3923

BY: *Orlando A. Acosta*

POWER OF ATTORNEY (POA)
5355 Belfield Avenue, Philadelphia, PA 19144

POWER OF ATTORNEY (POA)

*Orlando A. Acosta*

5355 Belfield Avenue, Philadelphia, PA 19144