UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 18-3018
_____

ORLANDO A. ACOSTA, WRITE IN CANDIDATE REPUBLICAN;
EDWARD LLOYD, WRITE IN CANDIDATE DEMOCRAT

v.

DEMOCRATIC CITY COMMITTEE, et al.

Orlando A. Acosta,
Appellant

_____

(D.C. Civ No. 2-17-cv-01462)
_____

SUR PETITION FOR REHEARING
_____

Present: SMITH, Chief Judge, MCKEE, AMBRO, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, JR., SHWARTZ, KRAUSE, RESTREPO, MATEY; SCIRICA*, nad NYGAARD*, Circuit Judges

The petition for rehearing filed by appellant in the above-entitled case having been

submitted to the judges who participated in the decision of this Court and to all the other

available circuit judges of the circuit in regular active service, and no judge who

_____
*As to panel rehearing only.

concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

        BY THE COURT,

        s/Anthony J. Scirica
        Circuit Judge

Dated: July 18, 2019
JK/cc: Orlando A. Acosta
      Anthony G. Kyriakakis, Esq.
      Jonathan F. Bloom, Esq.
      Karl S. Myers, Esq.
      Elise M. Bruhl, Esq.
      Timothy E. Gates, Esq.
      Kathleen M. Kotula, Esq.