UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 18-3018
_____

ORLANDO A. ACOSTA, WRITE IN CANDIDATE REPUBLICAN;
EDWARD LLOYD, WRITE IN CANDIDATE DEMOCRAT

v.

DEMOCRATIC CITY COMMITTEE; EMILIO VAZQUEZ,
WARDLEADER/CANDIDATE; CARLOS MATOS, WARDLEADER; ELAINE
TOMLIN, WARDLEADER; JEWELL WILLIAMS, WARDLEADER; DWAYNE
LILLEY, WARDLEADER; SHIRLEY GREGORY, WARDLEADER; EL-AMOR
BROWNE ALI, WARDLEADER; LESLIE ACOSTA, FORMER STATE REP.; MIKE
TURZAI, STATE REP. SPEAKER OF THE HOUSE; PHILADELPHIA CITY
COMMISSIONERS & COUNTY OF PHILADELPHIA BOARD OF ELECTIONS;
SECRETARY COMMONWEALTH OF PENNSYLVANIA; DEPARTMENT OF
STATE, BUREAU OF COMMISSIONS, ELECTIONS AND LEGISLATION;
ANTHONY CLARK, CITY COMMISSIONER; AL SCHMIDT, CITY
COMMISSIONER; LISA DEELEY, CITY COMMISSIONER; COMMITTEE OF
SEVENTY

ORLANDO A. ACOSTA,
            Appellant
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2-17-cv-01462)
District Judge: Honorable Joel H. Slomsky
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
May 2, 2019

Before: KRAUSE, SCIRICA and NYGAARD, <u>Circuit</u> <u>Judges</u>
_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on May 2, 2019. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered August 31, 2018, be and the same is hereby affirmed. Costs taxed against the appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: May 16, 2019

Certified as a true copy and issued in lieu of a formal mandate on  07/26/2019

Teste: *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**